IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**MERS KUTT,**

    **Plaintiff,**

v.                                       Civil Action No. 3:17cv29

**APPLE, INC.,** *et al.*,

    **Defendants.**

## ORDER

The undersigned RECUSES herself from presiding over this case because of a conflict in this matter. Accordingly, the Clerk is ORDERED to REASSIGN this case to another United States District Judge in accordance with the Clerk's standard assignment procedure.

Let the Clerk send a copy of this Order to all counsel of record and to Plaintiff Mers Kutt at his address of record.

It is SO ORDERED.

                                                          /s/
                                                     M. Hannah Lauck
                                                     United States District Judge

Date: 1/20/17
Richmond, Virginia